UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:

PETER BUKOWSKI
BEATA BUKOWSKI

                Debtors.

_____

**ORDER**

Case No.: 09-77409-reg
(Chapter 7)

Assigned to:
Hon. ROBERT E. GROSSMAN
Bankruptcy Judge

      America's Servicing Company as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston ARMT 2005-11, by its attorney-in-fact, Wells Fargo Bank, N.A., successor-by-merger to Wells Fargo Home Mortgage, Inc., a secured creditor of Debtors, (the "Secured Creditor") having moved this Court for an Order modifying the Automatic Stay in this proceeding by permitting said Secured Creditor to foreclose on the mortgage of premises commonly known as 2947 East Ravenswood Drive, Gilbert, AZ 85297, of which the Debtors are the owners of record, and

      The motion having come to be heard before this Court and no opposition having been submitted by Andrew M. Thaler, Esq., the Chapter 7 Trustee, by the U.S. Trustee, or by Richard A. Jacoby, Esq., counsel for the Debtors, and due deliberation having been had, now

      Upon Reading and Filing of the Notice of Motion, the Application of Secured Creditor dated November 12, 2009, and proof of service upon all necessary parties, upon motion of the Office of Steven J. Baum, P.C., it is hereby

      ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is terminated, permitting it to foreclose or otherwise pursue its mortgage remedies and rights on the premises commonly known as 2947 East Ravenswood Drive, Gilbert, AZ 85297; and it is further

ORDERED, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.



Dated: Central Islip, New York
January 15, 2010

Robert E. Grossman
United States Bankruptcy Judge